**CONTINUATION IN SUPPORT OF WARRANT APPLICATION**

**INTRODUCTION**

1. I have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice, since October of 2018, I am currently assigned to the Detroit Field Division, Lansing Satellite Office. Prior to being assigned to the Lansing Office, I was assigned to the ATF Flint Field Office. I am a graduate of the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Before working for the ATF, I was employed by the Michigan Department of State Police (MSP) for approximately seven years. Before working for the Michigan State Police, I was a local police officer for the Grand Ledge (MI) Police Department for approximately three years. I held numerous positions with the MSP, including Detective Sergeant in the Polygraph Unit and Task Force Officer with the FBI's Safe Streets Task Force (Flint, MI). During my employment with ATF and MSP, I have conducted or participated in numerous criminal investigations focused on firearms, armed drug trafficking, violent crime, criminal street gangs, and other violations of federal law. The facts in this Continuation come from my personal observations, training, experience, and information obtained from other witnesses. This Continuation is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

2. The facts in this Continuation come from my personal observations, training, experience, and information obtained from other witnesses. This Continuation is intended to show merely that there is sufficient probable cause for the requested warrants and does not set forth all my knowledge about this matter.

3. I submit this continuation in support of an application for a warrant for DAVID JAMES FERNANDEZ and MATTHEW EMMANUEL MACON Jr. for violating 18 U.S.C. § 1951, interference with commerce by threats or violence, commonly referred to as a "Hobbs Act" robbery.

## PROBABLE CAUSE

### August 24, 2026 Robbery – Puff Puff Tobacco – Lansing, Michigan

4. On August 24, 2026, at approximately 8:59 PM, the Lansing Police Department responded to a report of an armed robbery at Puff Puff Tobacco, located at 5912 S. Cedar Street Lansing, MI 48911, a business open to the public and engaged in interstate commerce, including selling interstate goods.

5. The victim employee at Puff Puff Tobacco (V1) reported that while working the cash register, three unknown masked males came into the store. One of the men requested a product and after paying for it, pulled a pistol from his waistband and pointed it directly at V1. The unknown male stated, "Give me all you got!" As this occurred, the other two unknown males jumped behind the counter near another victim employee (V2) and began stealing vape pens and cigarettes, putting them in backpacks. All three suspects then exited the store and fled northbound on foot through the parking lot.

6. Puff Puff Tobacco provided surveillance video of the armed robbery. The pistol is black with a weapon mounted light and a silver chamber. The gunman has a visible tattoo on his right wrist/forearm and appears to be left-handed as he is using his right hand as his support hand for the pistol. One of the suspects that jumps the counter to steal vape products is seen wearing a red backpack. The suspects robbed the store of $700 in various denominations and an unknown quantity of vape pens.







**September 19, 2026 – Puff Puff Tobacco – Okemos, Michigan**

7. On September 19, 2026, at approximately 8:32 PM, the Meridian Township Police Department responded to a report of an armed robbery at another Puff Puff Tobacco location, at 4708 Okemos Road Okemos, MI 48864, a business open to the public and engaged in interstate commerce, including selling interstate goods. Upon arrival, officers made contact with an employee victim (V3).

8. V3 advised that while working alone, three men wearing masks, knocked on the exterior locked door. The exterior door is believed to be locked due to the number of recent robberies, although the business was open to the public. V3 unlocked the door believing the three men were customers. One of the men asked for

a tobacco cigar that costs $1 and when V3 opened the register to complete the sale, the man produced a black pistol with a weapon mounted light and pointed it at V3's face. While this occurred, a second suspect, a lighter complected male wearing a white backpack, jumped over the counter and began stealing vape pens. Soon after, the three men fled the store on foot.

9. Puff Puff Tobacco in Okemos provided surveillance video. The pistol is black with a weapon mounted light and a silver chamber. The suspect draws and holds the firearm with his left hand while retrieving the money with his right. It appears the suspect has a tattoo on his right forearm. The suspects robbed the store of approximately $550 in various denominations and approximately 30-40 Breeze vape pens with an estimated value of $1,000.





10. While at the Puff Puff Tobacco in Lansing, Meridian Township officers learned from the owner of the store that the three suspects had just been seen at another Puff Puff Tobacco located at 2110 N. Larch Street, Lansing, MI. The officers then went to talk to the employee at the N. Larch Street store who said three men came into the store wearing masks. When they tried to buy something, the employee

said they had to take off their masks first. One of the men lowered his facemask slightly. When the employee would not let them buy anything, the three men left. The man that lowered his face mask was later identified as FERNANDEZ (see below comparison of surveillance video and Secretary of State photograph).





11. On September 15, 2026, I drafted a federal search warrant for AT&T, Verizon Wireless, and T-Mobile tower dumps relative to cellular towers in the applicable area of the armed robbery on August 24, 2026. The federal search warrant was signed by United States Magistrate Judge Phillip Green (Case No. 1:26-mj-00403). On September 24, 2026, I drafted a federal search warrant for AT&T, Verizon Wireless, and T-Mobile tower dumps relative to cellular towers in the area of the Okemos Puff Puff Tobacco armed robbery. The federal search warrant was signed by United States Magistrate Judge Ray Kent (Case No. 1:26-mj-00403).

12. On April 5, 2026, FERNANDEZ had contact with Michigan State University Police Department and reported that his phone number was (517) 214-3367. The cell tower information returned from AT&T showed that FERNANDEZ's

phone was in close proximity to the Puff Puff Tobacco, located at 5912 S. Cedar Street Lansing, MI on August 24, 2026, both prior to and at the time of the armed robbery:

a. The Puff Puff Tobacco is indicated by the red “pin” and arrow. All the other locators are cell towers and cell location data with their own date and time stamps.

b. Some of the key cell tower information boxes are labeled with numbers. Starting with Box 1, which shows FERNANDEZ’s phone north of the Puff Puff Tobacco in Lansing at 8:31 PM.

c. The cell towers show FERNANDEZ’s phone then progressing closer to the Puff Puff Tobacco in Lansing. Box 6 through 9 shows FERNDANDEZ’s phone in close proximity to the Puff Puff Tobacco in Lansing from 8:43 PM through 9:00 PM.

d. The security cameras show the robbery crew arriving to the Puff Puff Tobacco in Lansing at approximately 8:57 PM and leaving at approximately 8:58 PM.




13. FERNANDEZ's phone was in close proximity to the Puff Puff Tobacco, located at 4708 Okemos Road, Okemos, MI on September 19, 2026, at and around the times of the armed robbery:

a. The Puff Puff Tobacco in Okemos is indicated by the red "pin" and arrow. All the other locators are cell towers and cell location data with their own date and time stamps.

b. Box 1 through 4 shows FERNANDEZ's phone in the area around the Puff Puff Tobacco in Okemos from 8:25 PM through 8:26 PM.

c. Box 5 then shows the FERNANDEZ's phone leaving the area around the store to the south at 8:34 PM.

d. The security cameras show the robbery crew arriving at the Puff Puff Tobacco in Okemos at approximately 8:29 PM and leaving at approximately 8:31 PM.




14. On September 21, 2026, investigators were made aware of a tip that was submitted related to the armed robberies. The tip stated that FERNANDEZ, an

unknown man, and an individual, later determined to be an uncharged minor coconspirator identified as "Minor 1," recently robbed "puff puffs." Investigators then interviewed the person who submitted the tip, "Witness 1." Witness 1 stated that on August 25, 2026, Witness 1 was around FERNANDEZ. FERNANDEZ showed Witness 1 his white backpack that was full of vapes. FERNANDEZ added that "they" went to Puff Puff the other day for all this stuff. He added that "they" had to pay for something first and that's when they "upped the gun or whatever on them and stole all the vapes." Witness 1 provided the phone number of FERNANDEZ as (517) 214-3367.

15. Witness 1 also identified one of the suspects at the August 24, 2026, Puff Puff Tobacco robbery as Minor 1 and provided his Snapchat username. On September 29, 2026, Ingham County Sheriff's Office obtained a search warrant for the Snapchat account of Minor 1. Minor 1 sent the following messages to an unidentified account on September 23, 2026:

cashout_key27
02:03:15 Ay tell David dumb ass stop posting him self wit dem fuckin vapes dawg he gonna get us fuckin caught n shii

cashout_key27
03:44:53 ay n don't b tellin mfks we done dis shii cse dey ass wit go run dey fuckin mouth n shii jr

16. On September 22, 2026, Michigan State Police (MSP) obtained a search warrant for FERNANDEZ's Instagram account "overpaid_davoll17". This account was identified by matching public photos of this Instagram account to the Facebook account of "David Fernandez." The photos on both of these accounts were consistent with available information about FERNANDEZ's through the Secretary of State and his other law enforcement contacts. Additionally, a photo from both accounts showed FERNANDEZ wearing shoes that appeared to be the same as those worn by one of the suspects in the August 24, 2026 robbery.

17. On October 13, 2026, MSP Analyst Ball and I identified an Instagram account with handle "_yungesttunt4" communicating with FERNANDEZ about what investigators believe to be armed robberies. For example, they exchanged the following messages on September 19, 2026, the day of the Puff Puff Tobacco in Okemos robbery:

a. At 6:04 PM, FERNANDEZ tells _yungesttunt4 "[K.M.] sliding rn lmk when you ready." Based on my training and experience, as well as the facts of this investigation, I believe that FERNANDEZ is telling yungesttunt4 that Minor 1 is coming over right now, let me know when you are ready. FERNANDEZ's phone records have a connection at 6:05 PM to a cell phone tower with a distance arc consistent with presence near Larch and Sheridan Street in the City of Lansing.

b. At 6:24 PM, FERNANDEZ tells _yungesttunt4 his location is a residence on N. Larch Street. For reference, the Minor 1 Snapchat warrant return has his device being present at the same N. Larch Street within 9.92 meters confidence, on September 19, 2026, at 7:23 PM local time. The cell tower records for FERNANDEZ's device are consistent with the device leaving N. Larch around 7:26-7:28 PM, heading back to south central Lansing before turning back around and heading east toward Okemos. Distance arcs are then consistent with FERNANDEZ's device being present in the immediate area of the Puff Puff Tobacco in Okemos at 8:26 PM. The Okemos Puff Puff Tobacco robbery occurred at approximately 8:29 PM.

18. On October 13, 2026, I obtained and served a grand jury subpoena on Meta Platforms for the subscriber information for the handle _yungesttunt4. The return provided that the subscriber had a linked email account of "johndamenace05@gmail.com." The Meta return also revealed that the same email is linked to a Facebook account with the name "Matt Macon." A grand jury subpoena return from Google provided that the subscriber information for the "johndamenace05@gmail.com" email has a recovery email of "matthewmacon0129@gmail.com and a linked phone number (313) 334-6797 and address on Joshua Street in Lansing, MI.

19. Investigators identified that MACON Jr. had five JPay accounts utilizing his actual name "Matthew Macon." JPay is a Michigan Department of Corrections (MDOC) platform for people to communicate with those incarcerated with MDOC. It can also be used to transfer money and send/receive emails. One of the JPay accounts that was active from November 2024 through April 2025 had the email address Dayungstturnt4@gmail.com, which is consistent with the Instagram account, _yungesttunt4.

20. Investigators determined that one of MACON Jr.'s family members is incarcerated with MDOC and had recent emails from "Bandoe Macon," which is consistent with the Instagram display name "5639bando" for the Instagram account _yungesttunt4. The "Bandoe Macon" JPay account #34633730 has a date of birth attached which is the same as MACON Jr.'s. and a phone number of (313) 344-6797. The account also lists the same Joshua Street address and an email of johndamenace05@gmail.com

21. On October 23, 2026, I drafted and obtained a federal search warrant (Case No. 1:26-mj-467) for FERNANDEZ's person, his residence on Hillcrest Street in Lansing, and his cell phone with number (517) 214-3367. The federal search warrant was signed by United States Magistrate Judge Sally Berens.

22. On October 27, 2026, this warrant was executed and FERNANDEZ was encountered inside his Hillcrest residence. Once the scene was secure, a search of the residence yielded the following: a Hi-Point Pistol model JHP .45 caliber bearing S/N: X4384196 loaded with seven rounds of ammunition and one black Apple iPhone that

was located on the couch in the living room near where FERNANDEZ was observed inside the residence. SA Rummell called phone number (517) 214-3367 and the black Apple iPhone rang. I advised FERNANDEZ that based on the search warrant, investigators could use his biometric information to open the phone. FERNANDEZ provided the passcode for entry into his cell phone.

23. I did a preliminary search of FERNANDEZ's phone after receiving the passcode. In the photo section, I observed a video from August 24, 2026, with a time stamp of 9:10 PM where numerous Breeze Vape smoking devices can be observed in a red backpack that FERNANDEZ was wearing during the armed robbery and an unknown black male counting money on a bed.





24. There is a photograph dated September 22, 2026, with a time stamp of 10:53 AM, where a male consistent with FERNANDEZ is holding money in front of his face while crouched down over a stacked pile of Breeze Vape smoking devices with additional money on the ground.



25. On October 23, 2026, I drafted and obtained a federal search warrant (Case No. 1:26-mj-468; 1:26-mj-471) for MACON Jr.'s person, his residence on Joshua Street in Lansing, his cell phone with number (313) 344-6797, and the vehicle he was previously seen driving, a white/cream colored 2008 Buick Enclave. The federal search warrant was signed by United States Magistrate Judge Sally Berens.

26. On October 27, 2026, investigators executed the warrant and searched the 2008 Buick Enclave. The following items were observed and seized: a blue and black Motorola cellphone, multiple Breeze Vapor smoking devices (some in the box and some opened), MACON Jr.'s work gloves, and his key chain lighter holder. MACON Jr. advised that the Motorola cellphone he had was his and provided phone number (313) 344-6797 as its assigned number.

27. The search warrant on MACON Jr.'s Joshua Street residence was executed and a search of the residence yielded the following: a loaded black Taurus model: G2C 9mm semi-automatic pistol with an obliterated serial number and a weapon mounter laser/light combination with a silver chamber, a Breeze Vape pen, a black Money Ball hooded black sweatshirt, mail endorsed to MACON Jr., a black ski mask, a black du rag and a drum magazine for a 9mm pistol. These items of clothing are consistent with what the gunman wore during the robbery of Puff Puff Tobacco in Lansing on August 24, 2026.







28. During the search and the arrest of MACON Jr. on an unrelated State of Michigan arrest warrant, I observed that MACON Jr. had a tattoo on his right wrist and was left-handed. I advised MACON Jr. that based on the search warrant, investigators could use his biometric information to open the phone. MACON Jr. provided the passcode.

29. I did an initial search of MACON Jr.'s phone after receiving the passcode. In the photo section, I observed the below listed photographs dated August 22, 2026 (left), August 23, 2026 (middle), and October 3, 2026 (right), where MACON Jr. can be observed with the firearm that was recovered from his residence and also believed to be used in the armed robbery based on having the same characteristics.







30. There was also a video dated August 24, 2026, with a timestamp of 10:16 PM of a MACON Jr., identified by his tattoo on his right forearm, fanning out cash of various denominations which is consistent with what would be stored in a cash register with the word "lifestyle" under the money (see the below still photograph take from the video).




**CONCLUSION**

31. Based on the investigation, as summarized above, FERNANDEZ has been identified as the individual with the red backpack at the August 24, 2026 armed robbery and individual with the white backpack at the September 19, 2026, armed robbery. MACON Jr. has been identified as the gunman at both robberies.

32. I respectfully submit that there is probable cause that, on August 24, 2026 and September 19, 2026, as described above, FERNANDEZ and MACON Jr. were in violation of 18 U.S.C. § 1951, interference with commerce by threats or violence, commonly referred to as a "Hobbs Act" robbery.